IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-HC-

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Petitioner, )<br>)<br>    v. )<br>)<br>JACK LOUIS SPORICH, )<br>Register Number 33898-112, )<br>    Respondent. ) | <u>CERTIFICATION OF A SEXUALLY</u><br><u>DANGEROUS PERSON AND PETITION</u> |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby submits the attached Certification of a Sexually Dangerous Person pursuant to Title 18 U.S.C. § 4248(a).

Based on the above, the United States hereby petitions the Court to commit Respondent to the custody of the Attorney General, pursuant to 18 U.S.C. § 4248(d).

Respectfully submitted, this 16th day of March, 2017.

                JOHN STUART BRUCE
                United States Attorney


BY:  /s/ G. Norman Acker, III
        G. NORMAN ACKER, III
        Assistant United States Attorney
        Chief, Civil Division
        310 New Bern Avenue
        Suite 800 Federal Building
        Raleigh, NC 27601-1461
        Telephone: (919) 856-4530
        Facsimile:(919) 856-4821
        Email: norman.acker@usdoj.gov
        NC Bar No. 12839
        Attorney for Petitioner

CERTIFICATE OF SERVICE

    This is to certify that I have this 16th day of March, 2017, served a copy of the foregoing upon Respondent in this action by placing the documents in an envelope marked as stated below, and placing the envelope in the U.S. mail for delivery to:

    Jack Louis Sporich
    Register Number 33898-112
    FCI Butner
    PO Box 1000
    Butner, NC 27509

and on the same day served a copy of the foregoing by placing a copy in the U.S. Mail, addressed as follows:

    Office of the Federal Public Defender
    150 Fayetteville Street Mall
    Suite 450
    Raleigh, North Carolina 27601

/s/ G. Norman Acker, III
G. NORMAN ACKER, III
Assistant United States Attorney
Chief, Civil Division
310 New Bern Avenue
Suite 800 Federal Building
Raleigh, NC 27601-1461
Telephone: (9l9) 856-4530
Facsimile:(919) 856-4821
Email: norman.acker@usdoj.gov
NC Bar No. 12839
Attorney for Petitioner