# CERTIFICATION OF A SEXUALLY DANGEROUS PERSON

(1) I, Ivonne E. Bazerman, am Chairperson of the Federal Bureau of Prisons (Bureau) Certification Review Panel, Washington, D.C. Pursuant to 28 C.F.R. § 0.97, the Director of the Bureau has delegated to me the authority to certify persons in Bureau custody as sexually dangerous, as authorized by 18 U.S.C. § 4248.

(2) Bureau records reflect the following: Inmate Jack Louis Sporich, Register Number 33898-112, is in Bureau custody at the Federal Correctional Institution, Butner, North Carolina, in service of a 120-month term of imprisonment and a 5-year term of supervised release following his conviction for Engaging in Illicit Sexual Conduct with a Minor in Foreign Places (two counts)(C.D.Cal.) (Docket No. CR 09-934-PSG), for engaging in sexually explicit conduct with two minor males, both approximately 12 years of age at the time in Cambodia. His projected release date is October 20, 2017.

(3) Based on a review of his Bureau records, I certify he is a sexually dangerous person as defined by 18 U.S.C. § 4247(a)(5), and sexually dangerous to others as defined by 18 U.S.C. § 4247(a)(6). My certification is based on information found in Bureau records which includes, but is not limited to, the following:

(a) He previously engaged or attempted to engage in sexually violent conduct or child molestation as evidenced by his current offense conduct and prior convictions for: Lewd & Lascivious Acts with a Child under age 14 (seven counts), Superior Court of California, Ventura County (Case No. CR22776), for fondling the penises of five male children and also orally copulating the penis of one of these children as well as one additional child, totaling six victims;

(b) A psychological review and assessment indicated the following diagnoses: Pedophilic Disorder, Exclusive, Sexually attracted to males;

(c) A review and assessment of him using an actuarial risk assessment instrument (Static-99R) was conducted. This result, in addition to his prior offense conduct, sexual preoccupation, deviant sexual interest, emotional congruence with children, lack of emotionally intimate relationships with adults and grievance hostility, indicate he will have serious difficulty refraining from sexually violent conduct or child molestation if released.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Ivonne E. Bazerman
Chairperson
Certification Review Panel
Federal Bureau of Prisons

\_\_8/25/2016\_\_\_\_\_
Date