IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-HC-2061-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | SUGGESTION OF DEATH |
| JACK LOUIS SPORICH, Register Number 33898-112, | ) | |
| Respondent. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby submits this Suggestion of Death of the Respondent, Jack Louis Sporich, Register Number 33898-112. Respondent was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4248 on September 27, 2018. [D.E. 55]. Respondent died on February 8, 2020, at the Federal Medical Center in Butner, North Carolina. See Bureau of Prisons Inmate Locator, Jack Louis Sporich, Reg. No. 33898-112, http://www.bop.gov/inmateloc/ (last accessed Mar. 4, 2020). Accordingly, this case should be closed.

Respectfully submitted, this 4th day of March, 2020.

ROBERT J. HIGDON, JR.
United States Attorney

By: /s/ Genna D. Petre
GENNA D. PETRE
Attorney for the Petitioner
Special Assistant U.S. Attorney
U.S. Attorney's Office, Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
         (919) 575-3900 x 6076
Facsimile: (919) 856-4821
Email: genna.petre@usdoj.gov
N.C. Bar # 49466

CERTIFICATE OF SERVICE

This is to certify that I have, this 4th day of March, 2020, served a copy of the foregoing upon respondent's counsel of record by filing the same via the District Court's CM/ECF Document Filing System.

/s/ Genna D. Petre
GENNA D. PETRE
Attorney for the Petitioner
Special Assistant U.S. Attorney
U.S. Attorney's Office
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
              (919) 575-3900 x 6076
Facsimile: (919) 856-4821
Email: genna.petre@usdoj.gov
N.C. Bar # 49466